Paul J Mansdorf
1563 Solano Ave.
#703
Berkeley, CA 94707
Telephone: (510) 526-5993

Trustee in Bankruptcy

FILED
MAY - 9 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

RECEIVED
MAY 10 2011
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – Oakland

In re:

KING, PATRICK J.
KING, NANCY M.

Debtor(s)

Case No. 10-46008 RLE

Chapter 7

NOTICE OF SMALL DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3010(a), the trustee in the above-captioned case hereby turns over to the Court, Small Dividends in the amount of . The names and addresses of those entitled to the Small Dividends treated as unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 2U | Internal Revenue Service | 86.69 | 1.89 |

Dated: May 6, 2011

Paul J Mansdorf, TRUSTEE